**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **JULIA GREER** | **PLAINTIFF** |
| **V.** | **NO: 3:20CV248-M-P** |
| **DR. CHARLES M. ELLIOTT, et al.** | **DEFENDANTS** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**OF REGION IV MENTAL HEALTH SERVICES**

Pursuant to a Stipulation of Dismissal filed jointly by the parties in this case [19], it is hereby ordered that Region IV Mental Health Services be **DISMISSED AS A PARTY WITHOUT PREJUDICE**, with each party to bear their own costs. The suit remains otherwise open.

So ordered, this the 16th day of December, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**